No. 970. THE BOISE ARTESIAN HOT & COLD WATER COMPANY, LIMITED, PETITIONER, *v.* BOISE CITY, IDAHO. April 24, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. B. Heyburn* and *Mr. Richard H. Johnson* for the petitioner. *Mr. Oliver O. Haga* for the respondent.

No. 977. GUARANTY TRUST COMPANY OF NEW YORK, PETITIONER, *v.* CHICAGO RAILWAYS COMPANY ET AL.; and No. 978. JULIEN T. DAVIES ET AL., PETITIONERS, *v.* CHICAGO RAILWAYS COMPANY ET AL. April 24, 1911. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John C. Spooner, Mr. John Barton Payne* and *Mr. Julien T. Davies* for the petitioners. *Mr. W. W. Gurley, Mr. Henry S. Robbins* and *Mr. Martin H. Foss* for the respondents.

No. 980. MATTIE B. DUFFER, PETITIONER, *v.* HERBERT G. SEEFELD. April 24, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Winchester Kelso* and *Mr. Nathaniel Wilson* for the petitioner. No appearance for the respondent.

No. 995. INA LAW ROBERTSON, PETITIONER, *v.* THE UNITED STATES. April 24, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edwin M. Ashcraft* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.